
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS GUAMAN ZHININ, et al.,

                          **Plaintiffs,**

      -against-

HYO DONG GAK, INC., et al.,

                          **Defendants.**

-----------------------------------------------------------------X

18-CV-3102 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiffs bring claims under the Fair Labor Standards Act and the New York Labor Law. ECF No. 1. On August 21, 2019, the parties requested that the Court approve the parties' Settlement Agreement and Release (the "Agreement"). ECF No. 43. Because the Agreement contained an overly-broad release, the Court denied the parties' request. ECF No. 44. Subsequently, on September 17, 2019, the parties filed a revised Settlement Agreement and Release (the "Revised Agreement") for the Court's approval. ECF No. 45.

       Having reviewed the Revised Agreement, the Court determines that the parties' settlement is fair and reasonable in accordance with <u>Cheeks v. Freeport House of Pancakes, Inc.</u>, 796 F.3d 199 (2d Cir. 2015). Accordingly, the settlement agreement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:    October 7, 2019
                New York, New York