UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS GUAMAN ZHININ, et al.,

                          **Plaintiffs,**                        18-CV-03102 (SN)

      -against-                                          **ORDER**

HYO DONG GAK, INC., et al.,

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The telephone conference currently scheduled for Wednesday, July 22, 2020, at 2:00 p.m. is RESCHEDULED for Thursday, July 23, at 2:00 p.m. The parties shall follow the dial-in instructions provided in the Court's July 17, 2020 Order.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     July 21, 2020
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 7/21/2020