```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS GUAMAN ZHININ, et al.,

                          **Plaintiffs,**                          18-CV-3102 (SN)

           -against-                                                **ORDER**

HYO DONG GAK, INC., et al.,

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 23, 2020, the parties appeared for a telephone conference to discuss the status of settlement payment. As discussed at the conference, the following deadlines will apply in this case:

1. By August 13, 2020, Defendants shall make a payment of $2,000 to Plaintiffs toward the total outstanding settlement amount.

2. A telephone conference is scheduled for August 21, 2020, at 10:00 a.m. Defendants are ordered to appear along with counsel.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 24, 2020
                 New York, New York