```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS GUAMAN ZHININ, et al.,

                     **Plaintiffs,**           18-CV-03102 (SN)

      -against-                                           **ORDER**

HYO DONG GAK, INC., et al.,

                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On August 21, 2020, the Court held a telephonic conference to discuss the status of settlement payment. Counsel for Defendants did not appear. By September 4, 2020, Plaintiffs shall file a motion for enforcement of the settlement agreement and other appropriate relief. Defendants' response, if any, shall be due by September 11, 2020.

**SO ORDERED.**

                                                                     _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     August 21, 2020
               New York, New York