```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS GUAMAN ZHININ, et al.,

                         **Plaintiffs,**

          -against-

HYO DONG GAK, INC., et al.,

                         **Defendants.**

-----------------------------------------------------------------X

18-CV-03102 (SN)

**RULE 54 JUDGMENT**

**SARAH NETBURN, United States Magistrate Judge:**

On October 7, 2019, a settlement agreement in this case was approved, and the case was subsequently closed. On May 27, 2020, the Court reopened the case after the defendants failed to make the final two payments of their agreed-upon settlement to the plaintiffs, totaling $26,400. In the intervening months the defendants have failed to make several appearances, and additionally have failed to comply with Court orders which directed the parties to file a new settlement timeline with the Court no later than October 16, 2020. ECF Nos. 54, 55, 60, 62.

Given that there is no controversy as to the remaining amount the defendants owe to the plaintiffs, and that the defendants continue to disregard the Court's orders, the Court believes that further proceedings in this case would be fruitless. Accordingly, judgment is ordered against all defendants, joint and several, for the balance of the defaulted settlement in the amount of $26,400, to be paid to the plaintiffs immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              October 21, 2020