UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LUIS GUAMAN ZHININ, et al.,

                  **Plaintiffs,**                  18-CV-03102 (SN)

     -against-                              **ORDER**

HYO DONG GAK, INC., et al.,

                  **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the parties' agreement to a payment plan, the Court's October 21, 2020 Judgment is VACATED and the payment plan is ADOPTED and ORDERED by the Court. See ECF No. 63. The case will remain closed, but leave is GRANTED to move to reopen until September 22, 2021.

**SO ORDERED.**

DATED:    New York, New York
              October 22, 2020

                                              SARAH NETBURN
                                              United States Magistrate Judge