UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS GUAMAN ZHININ, et al.,

                         **Plaintiffs,**                    18-CV-03102 (SN)

        -against-                                        **ORDER**

HYO DONG GAK, INC., et al.,

                         **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Pursuant to the order at ECF No. 67, the parties are ordered to file a joint letter informing the Court about the status of settlement by September 30, 2022.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      New York, New York
                 September 23, 2022